THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Lorenzo Ragin, Appellant.
 
 
 

Appeal From Clarendon County
 Thomas W. Cooper, Jr., Circuit Court 
 Judge

Unpublished Opinion No.
2004-UP-477  
Submitted September 15, 2004  Filed September 16, 2004 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and Solicitor Ralph E. Hoisington, of Charleston, for Respondent.
 
 
 

PER CURIAM:  Appellant, Lorenzo Ragin, pled 
 guilty to unlawful possession of a firearm by a person convicted of a crime 
 of violence and resisting arrest.  The trial judge sentenced him to concurrent 
 terms of eighteen months on the firearm charge and one year on the resisting 
 arrest charge.  We dismiss1 pursuant 
 to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991).  Counsels petition to be relieved is granted.
APPEAL DISMISSED.  
 HEARN, C.J., HUFF and KITTREDGE, JJ., concur.

 
 1 We decide this case without oral argument pursuant 
 to Rule 215, SCACR.